**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BROOKFIELD PROPERTIES RETAIL INC., BROOKFIELD PROPERTIES R LLC, WOODBRIDGE CENTER PROPERTY LLC, and WOODBRIDGE CENTER LLC, | |
| Plaintiffs, | Case No. 1:23-cv-16840 |
| vs. | Hon. Jeremy C. Daniel |
| | Hon. Heather K. McShain |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Brookfield Properties Retail Inc., Brookfield Properties R LLC, Woodbridge Center Property LLC and Woodbridge Center LLC, together with Defendant Selective Insurance Company of America ("Selective") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly stipulate and agree to an Order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

WHEREAS, Plaintiffs filed this action in the Circuit Court of Cook County, Illinois on July 27, 2023, and Selective timely removed this action to this Court on December 15, 2023.

WHEREAS, Plaintiffs' claims in this action stem from defense and indemnification obligations they allege are owed by Selective stemming from a lawsuit in which Plaintiffs were named as defendants, *Hnyda v. Brookfield Properties Retail Inc., et al.*, Case No. MID-L7222-20 in the Superior Court of New Jersey, Middlesex County (the "New Jersey Lawsuit").

WHEREAS, the parties to the New Jersey Lawsuit, including Plaintiffs, resolved all claims in the New Jersey Lawsuit and executed a settlement agreement (the "Settlement Agreement").

WHEREAS, one of the terms of the Settlement Agreement required Plaintiffs to dismiss this action against Selective with prejudice.

**NOW, THEREFORE**, the Parties hereby stipulate and agree:

1. This matter shall be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. Each party shall bear its own costs and fees.

Dated: May 24, 2024               SO ORDERED:

                                                                                    _____

Stipulated and agreed to:

BEST, VANDERLAAN & HARRINGTON

By: /s/ *Thonas J. Costello III*
       One of Its Attorneys

Thomas J. Costello III
BEST, VANDERLAAN & HARRINGTON
25 E. Washington Street, Suite 800
Chicago, IL 60602
Phone: (312) 819-1100
tcostello@bestfirm.com

*Attorneys for Plaintiffs*

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ *Mason D. Roberts*
       One of Its Attorneys

Mason D. Roberts
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-5313
Phone: (312) 832-4500
mroberts@foley.com

*Attorneys for Defendant*

4877-7217-8363.2